## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**UNITED STATES OF AMERICA**
counsel: Jana Harris
counsel:

      **vs**

**WINSTON MARCUS DONAHUE**
counsel: Jerome Kearney
counsel:

**Judge : Bill Wilson**
**Reporter: C. Newburg**
**Clerk: M. Johnson**
**Interpreter:**
**USPO: S. Earsa**

**Date: November 13, 2007**

**CASE NO: 4:00CR00174-01-WRW**

**COURT PROCEEDING: Supervised Release Revocation Hearing**

**Begin: 9:30 a.m.**                                                                **End:9:50 a.m.**

**Court calls case and reviews to present; deft admits and denies alleged violations; Court finds violation occurred; deft counsel and deft make statements to Court; motion to revoke GRANTED; sentence imposed; deft to self-report by 2:00 p.m. 11/26/2007; Amended J&C to be entered.**

**Court in recess.**

**CourthearingMinutes.Revo.wpd**